UNITED STATES of America,
Plaintiff–Appellee,

v.

Zeferino CARLOS, a.k.a. Roberto
Sanchez Miranda, a.k.a. Carlos
Zeferino, Defendant–Appellant.

No. 04–14175
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 18, 2005.

Karin B. Hoppmann, Tampa, FL, for
Plaintiff–Appellee.

Mark W. Ciaravella, Tampa, FL, for
Defendant–Appellant.

Before ANDERSON, MARCUS and
WILSON, Circuit Judges.

PER CURIAM:

Mark W. Ciaravella, appointed counsel
for Zeferino Carlos in this direct criminal
appeal, has moved to withdraw from fur-
ther representation of the appellant and
filed a brief pursuant to *Anders v. Califor-
nia*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Our independent re-
view of the entire record reveals that coun-
sel's assessment of the relative merit of
the appeal is correct. Because indepen-
dent examination of the entire record re-
veals no arguable issues of merit, counsel's
motion to withdraw is **GRANTED**, and

Carlos's conviction and sentence are **AF-
FIRMED**.